IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 06 2015
BY_____ ARTHUR JOHNSTON
_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. *3:15 Cr 86 CWR-FKB*

JOSE MAURICIO SANTANA,
LUIS IGNACIO HERNANDEZ, and
ARMANDO GARZA

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1952(a)(3)

**The Grand Jury charges:**

## COUNT 1

Beginning at a date unknown but as early as February 25, 2015, and continuing through February 27, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOSE MAURICIO SANTANA**, and **LUIS IGNACIO HERNANDEZ**, knowingly and willfully did conspire with each other and others known and unknown to the grand jury, to knowingly and intentionally possess with the intent to distribute 50 grams or more of actual Methamphetamine, a Schedule II controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, and Section 2, Title 18, United States Code.

**QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY**

With respect to **JOSE MAURICIO SANTANA**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of actual Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to **LUIS IGNACIO HERNANDEZ**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of actual Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2

On or about February 27, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOSE MAURICIO SANTANA**, and **LUIS IGNACIO HERNANDEZ**, did knowingly and intentionally attempt to possess with the intent to distribute 50 grams or more of actual Methamphetamine, a Schedule II controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, and Section 2, Title 18, United States Code.

## COUNT 3

On or about February 27, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **LUIS IGNACIO HERNANDEZ**, did travel in interstate commerce from the State of Minnesota to the Southern District of Mississippi, and elsewhere, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, the unlawful activity being a business enterprise involving the distribution of a controlled substance, that is transporting methamphetamine, and thereafter did perform acts and attempt to perform acts to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of the unlawful activity.

All in violation of Section 1952(a)(3), Title 18, United States Code.

COUNT 4

Beginning at a date unknown but as early as August 2015, and continuing through September 20, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOSE MAURICIO SANTANA,** and **ARMANDO GARZA,** knowingly and willfully did conspire with each other and others known and unknown to the grand jury, to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, and Section 2, Title 18, United States Code.

**QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY**

With respect to **JOSE MAURICIO SANTANA,** the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to **ARMANDO GARZA,** the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

COUNT 5

On or about September 20, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOSE MAURICIO SANTANA**

and **ARMANDO GARZA,** aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

All in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

## COUNT 6

On or about September 20, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **ARMANDO GARZA,** did travel in interstate commerce from the State of Texas to the Southern District of Mississippi, and elsewhere, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, the unlawful activity being a business enterprise involving the distribution of a controlled substance, that is transporting methamphetamine, and thereafter did perform acts and attempt to perform acts to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of the unlawful activity.

All in violation of Section 1952(a)(3), Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants, **JOSE MAURICIO SANTANA, LUIS IGNACIO HERNANDEZ, and ARMANDO GARZA,** shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendants up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _6__ day of October, 2015.

UNITED STATES MAGISTRATE JUDGE